In the Matter of The Estate of Benjamin Rosenfeld, Deceased. Sylvia Rosenberg. John K. Clark et al.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Accounting in the Estate of Edward W. Hellwig, Deceased. Florence D. Hellwig. Catharine Osterstock, Executrix of Edward W. Hellwig, Deceased.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

## Second Department, February, 1943.

### (February 1, 1943.)

Bertha C. Agens et al., Respondents, v. City of New York, Appellant.—

No opinion. Present — Hagarty, Carswell, Johnson, Adel and Taylor, JJ.

Edmund Canavan, Respondent, v. Mary Pfeifer, Appellant.—

No opinion. Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ.